THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY VAN ARSDALE, JR., and CHARLES MANGANO, Appellants.

Argued December 3, 1942; decided January 14, 1943.

*Louis Waldman, Samuel Duker* and *Harold Stern* for Harry Van Arsdale, Jr., appellant.

*Harold Stern* and *Walter M. Colleran* for Charles Mangano, appellant.

*Charles P. Sullivan, District Attorney (J. Irwin Shapiro* of counsel), for respondent.

As to the defendant Mangano, judgment affirmed.

As to the defendant Van Arsdale, Jr., judgments reversed and indictment dismissed, upon the ground that the evidence is legally insufficient to prove his guilt of the single count upon which he stands convicted. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY LEWIS, CONWAY and DESMOND, JJ.